ORDERED.

**Dated: May 01, 2015**

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

Case No.

Debtors.
_____ /

<u>CM/ECF e-ORDER WITH 3 INCH MARGIN</u>