TEST PDF

